UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| Mountain Projects, Inc. | FILED | C/A NO: 1:22cv100-MOC-WCM |
| Plaintiff, | Asheville, NC | |
| v. | MAY 20 2022 | **NOTICE OF REMOVAL** |
| Heather Boyd | Clerk, US District Court | |
| | Western District of NC | |
| Defendant. | | |

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA:

By this Notice of Removal, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Heather Boyd ("Defendant"), removes this action from the General Court of Justice, Superior Court Division, Haywood County, North Carolina (the "Superior Court") to the United States District Court for the Western District of North Carolina, Asheville Division. Defendant states the following grounds for removal:

### I.    THE STATE COURT ACTION

1. On April 21, 2022, Mountain Projects, Inc. ("Plaintiff") commenced this civil action in the General Court of Justice, Superior Court Division, Haywood County, North Carolina, Case No. 22-CVS-385 by filing their Complaint against Heather Boyd, alleging claims of Fraud, Defamation, Libel, and Slander, Malicious and and Yortious Interference with Contract, Malicious Prosecution, Breach of Contract, and Punitive Damages.

2. On April 25, 2022, a copy of Plaintiff's Complaint along with a Summons with Interrogatories and Request for Production of Documents issued by the Clerk of Court were served on Heather Boyd by Deputy CSC. Accordingly, this Notice of Removal is timely filed within thirty (30) days of receipt of the Summons and Complaint as required by 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches true and correct copies of all process, pleadings, and orders received with respect to this matter. *See* composite *Exhibit 1* to this filing.

## II. FEDERAL QUESTION JURISDICTION

4. In this lawsuit, Plaintiff asserts claims of Fraud, Defamation, Libel, and Slander, Malicious and Yortious Interference with Contract, Malicious Prosecution, Breach of Contract, and Punitive Damages.

5. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this action because the Defendant is protected though 5 U.S.C. § 2302(b)(8). Under the WPA, certain federal employees may not take or fail to take, or threaten to take or fail to take, any personnel action against an employee or applicant for employment because of the employee or applicant's protected whistleblowing. FLSA as defined by Regulations, 29 C.F.R. Part 541, as applied to executive employees. 29 U.S. Code Chapter 28 – Family and Medical Leave Act.

Plaintiff alleges claims of Whistle Blowing, Violation of FMLA and Wages, which are Federal causes of action over which this Court has original federal question jurisdiction. 28 U.S.C. §1331. Thus, this action may be removed on the basis of original federal question jurisdiction pursuant to 28 U.S.C. § 1441(a).

## III. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6. Pursuant to 28 U.S.C. 1391(d), venue is proper in the United States District Court for the Western District of North Carolina, Asheville Division as this case was originally filed in Haywood County, North Carolina.

7. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of the Superior Court in and for Haywood County, North Carolina and served upon Plaintiff (the only adverse party) promptly after the filing of the original Notice of Removal in this action. A copy of this Notice is attached hereto as Exhibit 2.

3. Accordingly, Defendant removes the above-entitled action from the General Court

of Justice, Superior Court Division, Haywood County, North Carolina, to the United States District Court for the Western District of North Carolina, Asheville Division.

Respectfully submitted this 20th day of May 2022,

*Heather Boyd*

Heather Boyd
Pro Se
heatherannellison@yahoo.com
2629 King Road
Pisgah Forest, NC 28768
Telephone: 828.577.7069

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, a copy of the foregoing **NOTICE OF REMOVAL** has been served upon the following person(s) via U.S. Mail:

H. Lee Davis, Jr.
Davis & Hamrick, LLP
635 W. Fourth Street
Suite 100
Winston-Salem, NC 27101
Attorney for Plaintiff

*/s/ Heather Boyd*
Heather Boyd
2629 King Road
Pisgah Forest, NC 28768